IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CT-3271-FL

TONY R. FAULK,                          )
                                        )
            Plaintiffs,                 )
                                        )
    v.                                  )          ORDER
                                        )
LIZMAR BOSQUES,                         )
                                        )
            Defendant.                  )


        Plaintiff filed this action pursuant to 42 U.S.C. § 1983. The matter is before the court on

plaintiff's notice of voluntary dismissal (DE # 3). An action may be dismissed voluntarily by

plaintiff without order of the court by filing a notice of dismissal at any time before service by the

adverse party of an answer or a motion for summary judgment. See Fed. R.Civ. P. 41(a)(1).

Otherwise an action shall not be dismissed on the plaintiff's request except upon an order of the

court. See Fed. R.Civ. P. 41(a)(2). At this point, defendant has not filed any responsive pleading.

Accordingly, plaintiff's action is DISMISSED without prejudice.

        SO ORDERED, this the 3rd day of February, 2012.


                                    _____
                                    LOUISE W. FLANAGAN
                                    United States District Judge